# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| iBASEt, a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXACORE, LLC, a California limited liability company, E2VE LLC, a Wyoming limited liability company, E2 Ventures LTD, an Alaska corporation, BLUE SCORPION2, LLC, a California limited liability company, ALFRED TROY MCBRIDE, CHRISTOPHER GABRIEL WEBB,<br><br>    Defendants. | Case No.: SACV 13-01781-CJC(DFMx)<br><br>DEFAULT JUDGMENT |

    The matter came before the Court on Plaintiff iBASEt's motion for default judgment against Defendants ExaCore LLC, E2VE LLC, E2 Ventures LTD, Blue Scorpion 2 LLC, and Christopher Gabriel Webb (collectively, "Defendants"). On March 24, 2014, the Court, being fully advised, issued an Order granting in part iBASEt's motion. In accordance with the Court's March 24, 2014 Order,

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, distributors, employees, attorneys, affiliates, subsidiaries, assigns or related companies, and those in active concert or participation with any of them, who receive actual notice of the judgment by personal service or otherwise, are permanently enjoined from using, modifying, distributing, disclosing, or employing, directly or indirectly, iBASEt's trade secrets and copyrighted Solumina software (including, without limitation, the software in any form including the source code, customer lists and information, and any copies, alterations, or derivatives thereof), and any part thereof;

2. Defendants shall immediately cease selling or offering for sale any products and/or services derived from iBASEt's Solumina software suite or any part thereof;

3. Defendants shall immediately cease using iBASEt trade secrets, and shall immediately cease selling or offering for sale any products and/or services incorporating or derived from iBASEt's trade secrets;

4. Defendants shall be jointly and severally liable to Plaintiff iBASEt in the amount of $2,250 for statutory damages under 17 U.S.C. § 504(c);

5. Defendants shall be jointly and severally liable to Plaintiff iBASEt in the amount of $425 for attorneys' fees;

6. Defendants shall be jointly and severally liable to Plaintiff iBASEt in the amount of $1,451.27 for iBASEt's costs; and

7. The Court shall retain jurisdiction over this action to enforce the terms of the permanent injunction referenced in Paragraphs 1 through 3 above.

DATED:   May 12, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE